Carolee A. Hoover (SBN 282018)
Email:   choover@reedsmith.com
Rana Ansari-Jaberi (SBN 262008)
Email:   ransari@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Michael E. Gerst (SBN 266514)
Email:     mgerst@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant VW Credit, Inc.
(erroneously sued as "Volkswagen Credit")

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK STEPHEN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>VOLKSWAGEN CREDIT; AND DOES 1-10, inclusive,<br><br>    Defendant. | No.: 2:12-CV-3497-DMG-JCX<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE [49]** |

– 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE
ACTION WITHOUT PREJUDICE

Based on the Stipulation of the parties and for good cause shown, the above captioned action is dismissed in its entirety without prejudice.  Each party shall bear its/her own costs and fees.

**IT IS SO ORDERED.**

DATED:  March 12, 2014                                  _____
                                                                                            Dolly M. Gee
                                                                                            United States District Judge